# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

―――――――――――――

**No. 201600390**

―――――――――――――

## UNITED STATES OF AMERICA
Appellee

v.

## ERICK MARROQUIN
Private First Class (E-2), U.S. Navy
Appellant

―――――――――――――

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Michael D. Libretto, USMC.
Convening Authority: Commanding Officer, 2d Tank Battalion, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Major Winston G. McMillan, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

―――――――――――――

Decided 2 May 2017

―――――――――――――

Before MARKS, FULTON, and PETTIT, *Appellate Military Judges*

―――――――――――――

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court